UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA DEARDEUFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1333 CDP |
| | ) | |
| AMRAWAR TRANSPORT, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

Plaintiff has filed three motions to compel seeking an order from the Court directing each defendant to answer plaintiff's discovery requests, which were served on them over two months ago. Plaintiff also seeks sanctions from the defendants in the event that they do not promptly respond to discovery after the Court issues an order. None of the three defendants have responded to the motions to compel, and their time for doing so has expired. As a result of the delay caused by defendants' failure to respond to discovery, plaintiff also seeks an extension of the Case Management Order's deadlines for her expert witnesses. Defendants have not opposed this motion either. I will grant plaintiff's motions to compel and motion for extension of time. In the event that defendants do not comply with this Order of the Court, plaintiff shall file a notice to the Court and the sanctions proposed by plaintiff will be considered. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel against defendant Amrawar Transport, Inc. [#16] is GRANTED to the extent that Amrawar must fully answer, under oath and without objections, plaintiff's First Interrogatories and shall produce, without objection, all documents requested in plaintiff's First Request for Production of Documents within 5 days of the date of this order.

**IT IS FURTHER ORDERED** that plaintiff's motion to compel against defendant Paccar Leasing Company, Ltd. [#17] is GRANTED to the extent that Paccar must fully answer, under oath and without objections, plaintiff's First Interrogatories and shall produce, without objection, all documents requested in plaintiff's First Request for Production of Documents within 5 days of the date of this order.

**IT IS FURTHER ORDERED** that plaintiff's motion to compel against defendant Zubair Muhammed Siddiquee [#18] is GRANTED to the extent that Siddiquee must fully answer, under oath and without objections, plaintiff's First Interrogatories, within 5 days of the date of this order.

**IT IS FINALLY ORDERED** that plaintiff's motion for an enlargement of time [#22] is GRANTED and the Case Management Order is amended as follows:

(a) Plaintiff shall disclose all other expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **June 20,**

**2007**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **July 20, 2007**.

Dated this 1st day of May, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE